**TYRONE MITCHELL T735994**
Name and Prisoner/Booking Number

**MCSO-WATKINS JAIL 5B-2-5**
Place of Confinement

**MCSO 3250 LOWER BUCKEYE ROAD**
Mailing Address

**PHOENIX, AZ 85009**
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────────┐
│ ☒ FILED      ___ LODGED     │
│ ___ RECEIVED  ___ COPY      │
│                             │
│       MAR 21 2022           │
│  CLERK U S DISTRICT COURT   │
│   DISTRICT OF ARIZONA       │
│ BY_____ DEPUTY    │
└─────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**TYRONE MITCHELL** ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) **PAUL PENZONE** ,
(Full Name of Defendant)

(2) **A. SMART B5169** ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. | **CV22-00436-PHX-DLR--JZB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    - ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    - ☐ Other: **BODILY HARM** .

2.  Institution/city where violation occurred: **WATKINS, JAIL - PHOENIX AZ**

Revised 12/1/20

1

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: __PAUL PENZONE__.   The first Defendant is employed
as: __SHERIFF__ at __MCSO__.
             (Position and Title)                (Institution)

2.   Name of second Defendant: __A. SMART B5169__.   The second Defendant is employed as:
as: __DETENTION OFFICER__ at __MCSO - WATKINS JAIL__.
             (Position and Title)                (Institution)

3.   Name of third Defendant: _____.   The third Defendant is employed
as: _____ at _____.
             (Position and Title)                (Institution)

4.   Name of fourth Defendant: _____.   The fourth Defendant is employed
as: _____ at _____.
             (Position and Title)                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2.   If yes, how many lawsuits have you filed? _____.   Describe the previous lawsuits:

   a.   First prior lawsuit:
     1.   Parties: _____ v. _____
     2.   Court and case number: _____.
     3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

   b.   Second prior lawsuit:
     1.   Parties: _____ v. _____
     2.   Court and case number: _____.
     3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

   c.   Third prior lawsuit:
     1.   Parties: _____ v. _____
     2.   Court and case number: _____.
     3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
       _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: *A.R.S. Const. Art.*
*2 & 1 FUNDAMETAL principle — A.R.S. const. Art. 2 & 2 POIHCGL POWER*

2.   **Count I.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
☐ Basic necessities            ☐ Mail              ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer ☑ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

I HEARD AN OFFICER, SMART. B 5169. STATE THAT I WAS EASY MONEY AND THAT THE ONLY WAY THAT HIS GANG WOULD FOLLOW THRU IS THAT GUY GIVE HIS BLESSING AND THAT IN THE MORNING OF MARCH 1, 2022 THAT AT BREAKFAST UP ON MY RETURN TO MY BAY THAT HIM AND HIS GANG IS TO SURROUND ME, JUMP ME AND CARRY ME OUT OF THE POD. THE GUY WAS AN MEXICAN I'M NOT FROM HERE, SO I'M NOT SURE OF WHAT GANG HE BELONGS TO.

THIS INCEDENT HAPPENED ON FEb 28, 2022 2ND SHIFT ABOUT 7:30 pm

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
I'M TRYING TO PREVENT INCEDENT FROM OCCURRING

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                        ☑ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count I?         ☐ Yes   ☑ No
   c.   Did you appeal your request for relief on Count I to the highest level? ☐ Yes   ☑ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. BECAUSE IT HAS NOT OCCURRED, TRYING TO KEEP THIS FROM HAPPENING, AND I NEVER GET RESPONSE TO MY GRIEVANCE HERE.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: *A.R.S. Const. 28 48 4 DUE PROCESS LAW — A.R.S. Const. Art. 2 8 24 8 24 Rights of Accused*

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *LATELY I HAVE BEEN PLACED ON DO NOT TRANSPORT LIST AND LAST TIME I WENT TO COURT ON 12/17/2021 AND 1/20/2022 I'D JUST SET IN CELL AT COURT AND WAS TOLD I WAS NOT NEEDED AND SENT BACK TO WATKINS JAIL. ALL OF MY OTHER COURT DATES HAS BEEN CONTINUED AND I HAVE NOT BEEN ALLOWED VIDEO COURT ASKED PUBLIC DEFENDER FOR VIDEO COURT PRIOR TO COURT DATED STILL NEVER HAPPEN.*
   *WHEN I PUT IN TANK ORDER AND MY GRIEVANCES THE JUST DISAPPEARS*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *JUST SETTING HERE NOT KNOWING IF I'M BEING RAIL ROADED OR WHAT?*

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *BECAUSE MY TANK ORDER AND GRIEVANCES NEVER GETS ANSWERED*

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☐ Yes     ☐ No
   b.   Did you submit a request for administrative relief on Count III?                 ☐ Yes     ☐ No
   c.   Did you appeal your request for relief on Count III to the highest level?        ☐ Yes     ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I AM HERE to STAND bEFORE COURT to ANSWER FOR WHAT I'M ACCUSED OF, I SHOULD NOT HAVE to bE WORRIED About bodily HARM AND OR DEATH HAPPENING TO ME FromSTAFF OR INMATES, AND I SHOULD bE AbLE to GO to ALL OF MY COURT DATES AND bE TREATED FAIRLY IN DUE PROCESS AND SEEKING RELEAIF IN THE AMOUNT OF 50 GOLD BARS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/2/2022
DATE

Tyrone Mitchell
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may
attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

## MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **March 15, 2022** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____          **B5548**
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009