**Name and Prisoner/Booking Number:** TYRONE MITCHELL T735994

**Place of Confinement:** MCSO-WATKINS JAIL 5B 2-5

**Mailing Address:** 3250 W. LOWER BUCKEYE

**City, State, Zip Code:** PHOENIX, AZ 85009

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☑  LODGED ☐
RECEIVED ☐  COPY ☐
APR 13 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

TYRONE MITCHELL,
(Full Name of Plaintiff)

　　　　　Plaintiff,

v.

(1) PUAL PENZONE,
(Full Name of Defendant)

(2) DETENTION OFFICE A. SMART,

(3) _____,

(4) _____,

　　　　Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV-00436-DLR-JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: MCSO WATKIN JAIL PHOENIX, AZ 85009

Revised 12/1/20　　　　　　　　　　　1　　　　　　　　　　　　　　　　　**550/555**

**B. DEFENDANTS**

1. Name of first Defendant: __PUAL PENZONE__. The first Defendant is employed as: __MARICOPA COUNTY SHERIFF__ at __WATKINS JAIL - MCSO__.
   (Position and Title) (Institution)

2. Name of second Defendant: __A. SMART__. The second Defendant is employed as: __DETENTION OFFICER__ at __WATKINS JAIL - MCSO__.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: A.R.S CONST. ART. 2 $ 1 ICAL VIOLATIONS.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THIS HAS BEEN CONTINUEING AS AN ONGOING SITUATION ITS NO DATE OR TIME, ITS BEEN CONTINUEING THAT OFFICER A. SMART, COMUNICATE WITH GANGMEMBERS WHICH CLIAMS TO PAISA GANGMEMBER AND ALSO KINFOLK GANGMEMBERS TO HAVE ME JUMPED AND CARRIED OFF TO SOME REMOTE PLACE OR EVEN TO HAVE MY LIFE TAKEN. I HAVE LEARD THAT ITS TO TAKE PLACE ON MY WAY BACK FROM BREAKFAST TO SURROUND ME OR THE ARE TO COME IN ON ME WHILE I'M SLEEPING IN MY BAY.

   CASTRO. V. COUNTY OF LOS ANGELES UNITED STATES COURT OF APPEALS NINTH CIRCUIT AUGUST 11, 2015  797 F.3D 2015 WL 4731366

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   MENTALLY WHICH CAN LEAD TO PHYCICAL DAMAGES, THE MEDICAL STAFF HERE, HAS BEEN KEEP A WATCH ON MY BLOOD PRESSURE, WHICH CAN CAUSE AN STROKE OR HEART ATTACK.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THE OFFICER TAKE THEM, SAY THEY WILL RETURN ME COPY AND THEN WHICH OFFICER, AND CLAIM HE CAN'T FIND IT

## COUNT II

1. State the constitutional or other federal civil right that was violated: A.R.S CONST. ART 2 § 1

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   MY RIGHTS ARE CLEARLY BEING VIOLATED DUE TO FACT THAT I'M PARALIZED WAIST DOWN AND I HAVE BEEN HOUSED IN AN TEN-10-MAN BAY WITH GANGMEMBERS 6 PAISA, 2 KINFOLK WHICH IS THE ONE'S IS TO JUMP ME, I SHOULD BE HOUSED IN SOME FORM OF AN WHEELCHAIR UNIT, AN OPEN DORM, IN WHICH AN OFFICER ARE PLACED THERE IN THE UNIT AT ALL TIMES. ALSO WHEN I'M TRANSPORTED THEY SHACKLE MY HANDS AND FEET, MY LEG HAS MUSCLE SPISIUMS, DUE TO ME BEING PARALIZED, MY FEET COMES OFF OF THE PADDLES, AND THEY JUST CONTINUE TO DRAG ME TO WHERE EVER, THE LAST TIME I WENT TO COURT WAS 3/11/22 AND THIS INCIDENT HAPPEN. ON THE WAY GOING BACK TO WATKIN JAIL, THEY SENT A BRAND NEW WHEELCHAIR LIFT VAN, THE LIFT WAS NOT WORKING, SO I HAD TO TRANSFER OUT OF MY WHEELCHAIR ON TO THE BACK BUMPER OF THE VAN, AND THE OFFICER HAD TO LIFT MY LEGS AS I HOPPED WITH MY HANDS ON THE FLOOR OF THE VAN, WHERE I HAD TO STAY WHILE BEING TRANSPORTED BACK TO WATKINS JAIL, I BEEN PARALIZED 30 YEARS AND MY BODY IS IN NO SHAPE FOR THIS KIND OF TREATMENT.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   MENTALLY THIS IS AN FORM OF UNUSALL PUNISHMENT MY BODY WAS PUNISHED AND SORE ALL OVER

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. OFFICERS TAKE REPORT CLAIMS THEY'RE TO RETURN COPY AND NEVER GET IT, I KNOW BETTER NOW.

ATTACHMENT COUNT 2 MITCHELL V. PUAL PENZONE

BELL V. STATE
SUPREME COURT OF ARIZONA DIVISION
SEPTEMBER 25, 1984   143 ARIZ 305   693 P.2D 960

FLANDERS V. MARICOPA COUNTY
COURT OF APPEALS OF ARIZONA, DIVISION 1 DEPARTMENT A. SEPT 26, 2002   203 ARIZ 368   54 P.D 837

WILKIE V. STATE
COURT OF APPEALS OF ARIZONA DIVISION 1 DEPARTMENT A. AUG 22, 1989   161 ARIZ 541   779 P.2D 1280

# COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
I SHOULD BE TREAT FAIRLY AS ANY OTHER INMATE NOT BEING THEATON OR PUNISHED, MENTALLY OR PHYCICALLY AND I SEEK AN 3,000,000 DOLLAR SETTLEMENT FROM THE SHERIFF AND AN 1,000,000 DOLLAR SETTLEMENT FROM THE DETENTION OFFICER

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-6-2022
             DATE

_Tyrone Mitchell_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____APR. 7 – 2022_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona  _____

___ Public Defender, Maricopa County, State of Arizona  _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009