TYRONE MITCHELL-T 735994
Name and Prisoner/Booking Number
MARICOPA - WATKINS JAIL
Place of Confinement
5 B-2-5 ,3250.W.LOWER BUCKEYE
Mailing Address
PHOENIX,AZ 85009
City, State, Zip Code

FILED        LODGED
RECEIVED     COPY

MAY 2 3 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

TYRONE MITCHELL ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) A. SMART ,
(Full Name of Defendant)

(2) JOHN DOE I # ,

(3) JOHN DOE 2 # ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV-00436-DLR--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____

2.   Institution/city where violation occurred: MARICOPA - WATKINS JAIL

Revised 12/1/20

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIVIL 5.4
(Rule Number/Section)

1

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: *A. SMART* _____. The first Defendant is employed
as: *DETENTION OFFICER* at *WATKINS JAIL*.
          (Position and Title)                                           (Institution)

2.   Name of second Defendant: *JOHN DOE 1 #* _____. The second Defendant is employed as:
as: *DETENTION OFFICER* at *WATKINS JAIL*
          (Position and Title)                                           (Institution)

3.   Name of third Defendant: *JOHN DOE 2 #* _____. The third Defendant is employed
as: *DETENTION OFFICER* at *WATKINS JAIL*.
          (Position and Title)                                           (Institution)

4.   Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____.
          (Position and Title)                                           (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?          ☐ Yes          ☑ No

2.   If yes, how many lawsuits have you filed? _____.   Describe the previous lawsuits:

    a.   First prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____.
        3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
            _____.

    b.   Second prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____.
        3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
            _____.

    c.   Third prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____.
        3.   Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _A.R.S CONST. ART_

2. **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☑ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   THIS IS CONTINUEING ONGOING SITUATION, ON FEB 28 22 I OVER DETENTION OFFICER, A. SMART TALKING WITH AN INMATE - GANG MEMBER - AKA - PAISA DOBLE GANG, SAYING, THAT I'M EASY MONEY AND THE THAT THE ONLY WAY DOBLE GANG WOULD ACT TO HARM ME IS THAT THE INMATE GIVES HIS BLESSING. SINCE THAT TIME I HAVE HEARD OFFICER A. SMART SAY TO DOBLE GANG MEMBERS ALSO KINFOLK - AKA - CRIP GANG MEMBERS, THAT I'M A CHILD MALESTER AND AN SNICH AND THAT THEY ARE TO ATTACK ME, ALSO WHEN EVER OFFICER A. SMART WORKS HE WON'T RESPOND TO ANY OF MY CALL ON THE SPEAKER, I ASK HIM WHY? HIS ANSWER WAS THAT HE DIDN'T HAVE TO ANSWER "SHIT" UNLESS I'M DYING!

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   MENTAL, I SHOULD NOT HAVE TO WORRY ABOUT BEING HARMED   THIS AN FORM OF CRUEL AND UNUSAL PUNISHMENT

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  WHEN I FILL THEM OUT JUST DISAPPEAR OFFICER CLAIM TO BRING COPIES AND NEVER DO

ATTACHMENT A
CASTRO. V. COUNTY OF LOS ANGELES
UNITED STATES COURT OF APPEALS
NINTH CIRCUIT AUGUST 11, 2015
797 F.3D 2015 WL 473/366

## COUNT II

1. State the constitutional or other federal civil right that was violated: A.R.S. CONST. 2 §2.1 §2.1, VICTIM'S BILL OF RIGHTS

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☑ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 3/11/22 THE LAST I WAS TRANSPORTED TO AND FROM COURT, MY RIGHTS WAS CLEARLY VIOLATED I'M PARALIZED WAIST DOWN, I WAS SHACKELED HAND AND FEET AND ON THE WAY LEAVING COURT DETENTION OFFICER JOHN DOE 1# AND JOHN DOE 2# ARRIVED IN BRAND NEW WHEEL CHAIR LIFF VAN, THEY CLAIM THAT LIFF WAS NOT WORKING SO I HAD TO GET OUT OF MY WHEEL CHAIR TRANSFER ON THE VAN BUMPER AND THEN HOP UP IN VAN WHILE HAND CUFF, FEET SHACKELED ON VAN FLOOR AND TRANPORTED BACK TO WATKINS JAIL HURT MY BACK AND NECK AND HAD SORES ON MY BUTTOCK AREA, ALSO WHEN GO TO AND FROM COURT MY FEET WILL SOME COME OFF WHEEL CHAIR FEET REST AND DENTENTION OFFICER JUST CONTINUED ON WHILE MY LEGS WAS DRAGGING

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   INJURY TO MY BACK AND NECK AND BUTTOCK AREA

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. WHEN TRYING TO SUBMIT GRIEVANCES OFFICER SAY THEY BRING COPIES WHEN THEY SIGN AND NEVER DO

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☑ Medical care
   ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what
**each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without
citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                        ☐ Yes        ☐ No
   b.   Did you submit a request for administrative relief on Count III?          ☐ Yes        ☐ No
   c.   Did you appeal your request for relief on Count III to the highest level? ☐ Yes        ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

*RELIEF I SUM OF 1000,000 DOLLAR FROM A SMART, 500,000 FROM JOHN DOE 1# AND 500,000 FROM JOHN DOE 2#*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     *MAY 16 -22*
　　　　　　　　　　DATE

*Tyrone Mitchell*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ MAY 1 7 2022 _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___   _____

___   _____


_____     _____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009