IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrone Mitchell,<br><br>    Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>    Defendants. | **NO. CV-22-00436-PHX-DLR (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 6, 2022, Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

Debra D. Lucas
District Court Executive/Clerk of Court

November 16, 2022

By  s/ W. Poth
    Deputy Clerk